TRINETTE G. KENT (State Bar No. 025180)
10645 North Tatum Blvd., Suite 200-192
Phoenix, AZ 85028
Telephone: (480) 247-9644
Facsimile: (480) 717-4781
E-mail: tkent@kentlawpc.com

Of Counsel to:
Nitzkin & Associates
22142 West Nine Mile Road
Southfield, MI 48033
Telephone: (248) 353-2882
Facsimile: (248) 353-4840

*Attorneys for Plaintiff,*
*Fanel Tohatan,*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Fanel Tohatan, | Case No.: CV-15-01147-PHX-SRB |
| Plaintiff, | |
| vs. | **NOTICE OF SETTLEMENT AS TO DEFENDANT EQUIFAX INFORMATION SERVICES, LLC, ONLY** |
| Equifax Information Services, LLC, a Georgia corporation; Experian Information Solutions, Inc., an Ohio corporation, and Real Time Resolutions, Inc., a foreign Corporation, | |
| Defendants. | |

1

NOTICE IS HEREBY GIVEN that Plaintiff and Defendant, Equifax Information Services, LLC, in the above-captioned case have reached a settlement. The parties anticipate filing a Stipulation of Dismissal with Prejudice as to Defendant, Equifax Information Services, LLC, **only,** pursuant to Fed. R. Civ. P. 41(a) within 60 days.

RESPECTFULLY SUBMITTED this 23rd Day of September, 2015

KENT LAW OFFICES

By: */s/ Trinette G. Kent*
Trinette G. Kent
Attorneys for Plaintiff,
Fanel Tohatan