TRINETTE G. KENT (State Bar No. 025180)
KENT LAW OFFICES
10645 North Tatum Blvd., Suite 200-192
Phoenix, AZ 85028
Telephone: (480) 247-9644
Facsimile: (480) 717-4781
E-mail: tkent@kentlawpc.com

Of Counsel to:
Nitzkin & Associates
22142 West Nine Mile Road
Southfield, MI 48033
Telephone: (248) 353-2882
Facsimile: (248) 353-4840

*Attorneys for Plaintiff,*
*Fanel Tohatan*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Fanel Tohatan, | Case No.: CV-15-01147-PHX-SRB |
| Plaintiff, | Hon. Susan R. Bolton |
| vs. | |
| Experian Information Solutions, Inc., an Ohio corporation; and Real Time Resolutions, Inc., a foreign Corporation, | **STIPULATION FOR DISMISSAL OF CASE WITH PREJUDICE** |
| Defendants. | |

1

Plaintiff and Defendants, Experian Information Solutions, Inc. and Real Time Resolutions, Inc. (hereinafter referred to as "Defendants"), through counsel undersigned and pursuant to Rule 41(a)(1)(A)(ii), hereby stipulate that the above-captioned action may be dismissed with prejudice, with each party to bear its own attorneys' fees and costs, in accordance with the form of dismissal order filed concurrently herewith.

DATED this 20th day of October, 2015

WILLIAMS WILLIAMS RATTNER & PLUNKETT, P.C.

 /s/ Tamara E. Fraser
Tamara E. Fraser
*Pro Hac Vice Attorney for Defendant Experian*

MCCARTHY & HOLTHUS, LLC

 /s/ Kristin McDonald
Kristin McDonald
*Attorney for Defendant Real Time*

KENT LAW OFFICES

By: <u>  /s/  Trinette G. Kent            </u>
Trinette G. Kent
*Attorney for Plaintiff*

# CERTIFICATE OF SERVICE

I hereby certify that on October 20, 2015 I electronically transmitted the attached document to the Clerk's Office using the CM/ECF system for filing and for transmittal of Notice of Electronic Filing to the following CM/ECF registrants:

Tamara E. Fraser
WILLIAMS, WILLIAMS, RATTNER & PLUNKETT, P.C.
380 North Old Woodward, Suite 300
Birmingham, MI 48009
(248) 642-0333
tefraser@wwrplaw.com
*Pro Hac Vice Attorney for Defendant Experian*

Kristin McDonald
MCCARTHY & HOLTHUS, LLC
8502 E. Via De Ventura, Suite 200
Scottsdale, AZ 85258
(480) 302-4100
kmcdonald@mccarthyholthus.com
*Attorney for Defendant Real Time*


*/s/Amber Gingiloski*