# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Fanel Tohatan, | No. CV-15-01147-PHX-SRB |
| Plaintiff, | **ORDER** |
| v. | |
| Equifax Information Services LLC, et al., | |
| Defendants. | |

Pursuant To Stipulation for Dismissal of Case With Prejudice,

IT IS HEREBY ORDERED that Defendants, Experian Information Solutions, Inc. and Real Time Resolutions, Inc., are dismissed with prejudice. Each party shall bear his or its own attorneys' fees and costs included herein.

IT IS FURTHER ORDERED vacating the Rule 16 Scheduling Conference set on November 2, 2015.

Dated this 21st day of October, 2015.

_____
Susan R. Bolton
United States District Judge