# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Fanel Tohatan,<br><br>　　　　　　　Plaintiff,<br><br>v.<br><br>Equifax Information Services LLC, et al.,<br><br>　　　　　　　Defendants. | No. CV-15-01147-PHX-SRB<br><br>**ORDER** |

On September 24, 2015, upon receipt of a Notice of Settlement, this Court issued an order that this case would be dismissed as to Defendant Equifax Information Services, LLC with prejudice within 60 days of the date of the order if a stipulation to dismiss was not filed prior to the dismissal date. As of the date of this order, no stipulation to dismiss has been filed.

IT IS ORDERED dismissing this case as to Defendant Equifax Information Services, LLC with prejudice.

Dated this 25th day of November, 2015.

_____
Susan R. Bolton
United States District Judge